```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DAVID BRYANT WICKS,              :    CIVIL ACTION
                                 :    NO. 09-6142
        Plaintiff,               :
                                 :
    v.                           :
                                 :
JEFFREY A. BEARD, et al.,        :
                                 :
        Defendants.              :
                                 :
```

**ORDER**

**AND NOW**, this **27th** day of **April, 2012**, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 46) is **GRANTED** as to all of Plaintiff's claims against Defendants Jeffrey A. Beard, the Department of Corrections, David DiGuglielmo, and Suzanna Karpinski.

2. The Clerk of the Court shall amend the docket to list the Department of Corrections as a Defendant. The case shall be marked as closed.

**AND IT IS SO ORDERED.**

                              s/Eduardo C. Robreno
                         **EDUARDO C. ROBRENO, J.**